## Commonwealth *v.* Kosiorek, Appellant.

Argued November 11,

1969. *Michael J. Wherry*, for appellant; *Robert F. Banks*, Assistant District Attorney, with him *Edward M. Bell*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.